UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALISHA MARZETTE<br><br>and<br><br>KATHY DUNMIRE,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH, INCORPORATED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Cause No. 4:10-cv-00539 CEJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF TERRY J. KAELIN

I, Terry J. Kaelin, being first duly sworn, hereby state and affirm as follows:

1. I am currently Lieutenant, Plant Protection at Anheuser-Busch, Inc. ("A-B"). I have served in this position since October 15, 2007.

2. During their employment with A-B, the Plaintiffs in this matter, Ms. Kathy Dunmire ("Dunmire") and Ms. Alisha Marzette ("Marzette") were or are union-represented employees, and the terms and conditions of their employment with A-B were governed by the collective bargaining agreement between A-B and Plaintiffs' union, entitled "Plant Agreement between Anheuser-Busch, Inc. – St. Louis, Missouri and the Local Union No. 6 Brewers and Maltsters and General Labors Departments (Guards) Affiliated with the International Brotherhood of Teamsters" ("CBA"). A copy of the CBA is attached hereto as Exhibit A.

3. I have reviewed relevant files pertaining to both Dunmire and Marzette. Company records reflect that neither Dunmire nor Marzette has filed a grievance under the CBA relating or pertaining to job assignments.



4.   This Affidavit is based upon my personal knowledge and upon my review of the records.

FURTHER AFFIANT SAYETH NOT.

_____
Terry J. Kaelin

Subscribed and sworn to before me, a Notary Public, this _12_ day of April, 2010.

_____
NOTARY PUBLIC

My Commission Expires:

_10/26/12_

MARGARET F. PTASZNIK
NOTARY PUBLIC-NOTARY SEAL
STATE OF MISSOURI, ST. LOUIS COUNTY
MY COMMISSION EXPIRES 10-26-12
COMMISSION #08665733